United States District Court
Southern District of Texas
**ENTERED**
July 06, 2026
Nathan Ochsner, Clerk

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| CARMEN PATRICIA GARAY LOPEZ, | § | |
| | § | |
| Petitioner, | § | |
| | § | CIVIL ACTION NO. H-26-2281 |
| vs. | § | |
| | § | |
| WARDEN, Montgomery Processing | § | |
| Center, *et al.*, | § | |
| | § | |
| Respondents. | § | |
| | § | |

**ORDER**

The petitioner is a detainee in the custody of United States Department of Homeland Security, Immigration and Customs Enforcement (ICE) officials. The petitioner has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 challenging their continued detention. The petitioner is detained under 8 U.S.C. § 1225(b)(2)(A) and has been detained for more than 90 days. The petitioner is entitled to a bond hearing. *See Banegas Avila v. Frink*, No. CV H-26-916, 2026 WL 976144, at *5 (S.D. Tex. Apr. 10, 2026); *Sosnava Rodriguez v. Ortega*, No. 26-50183, 2026 WL 1906557 (5th Cir. July 2, 2026).

It is **ordered** that the respondents will release the petitioner from custody unless the government provides a bond hearing by **July 13, 2026**. If a bond hearing is held the government "must articulate an individualized justification for further detention without bond." *Sosnava Rodriguez*, 2026 WL 1906557, at *16. The parties must **confer** and **file** a joint update with the court by **July 15, 2026**, informing the court of the result of any hearing, and the petitioner's custody status. The respondents' opposed motion for extension of time to file an answer or other

responsive pleading (Docket Entry No. 5) is **granted**, the motion for summary judgment (Docket Entry No. 6) is **denied**, and the petition for a writ of habeas corpus is **granted in part**.

SIGNED on July 6, 2026, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge

2